## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROBERT HEFFERNAN                                                                                           PLAINTIFF
ADC #76641

v.                                         NO. 5:10CV00147 JLH-JJV

GRANT HARRIS, et al.                                                                                    DEFENDANTS

### ORDER

Plaintiff has filed a motion to dismiss his claims against Wendy Kelley.  For good cause shown, the motion is GRANTED.  Document #32.  Plaintiff's claims against separate defendant Wendy Kelley are hereby dismissed with prejudice.

IT IS SO ORDERED this 18th day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE