## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROBERT HEFFERNAN,                                                                                    PLAINTIFF
ADC #76641

v.                                              No. 5:10CV00147 JLH-JJV

GRANT HARRIS, Deputy Director,
Arkansas Department of Correction; *et al*.                                                DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED THAT:

1) Plaintiff's Motions for Preliminary Injunctive Relief (Doc. Nos. 3, 12) are DENIED as moot.

2) Defendants' Motion to Dismiss, which this Court construes as a Motion for Summary Judgment (Doc. No. 15) is GRANTED.

3) Plaintiff's complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 22nd day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE