**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | | |
|---|---|---|
| ROBERT HEFFERNAN,<br>ADC #76641 | | PLAINTIFF |
| v. | No. 5:10CV00147 JLH-JJV | |
| GRANT HARRIS, Deputy Director,<br>Arkansas Department of Correction; *et al*. | | DEFENDANTS |

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 22nd day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE